. THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* PEDRO D. ALVERIO, Defendant-Appellee.

(No. 60233, 60234;

First District (4th Division)—March 12, 1975.

Opinion by Mr. JUSTICE JOHNSON.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and John F. Brennan, Assistant State's Attorneys, of counsel), for the People.

No appearance for appellee.